IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-02610-REB-BNB

GARY PIRO,
A.P. (by his next friend Meghan Piro),
R.P. (by his next friend Meghan Piro), and
MEGHAN PIRO,

Plaintiffs,

v.

MARY ENGLE (official capacity as Gary Piro's probation officer),
MARCELO KOPCOW (official capacity as SOMB Board Member),
ERIN JOHNSON (official capacity as SOMB Board Chair),
MARY BAYDARIAN (official capacity as SOMB Board Member),
CARL BLAKE (official capacity as SOMB Board Member),
ALLISON BOYD (official capacity as SOMB Board Member),
A. MERVYN DAVIES (official capacity as SOMB Board Member),
CHERYL DAVIES (official capacity as SOMB Board Member),
JESSICA CURTIS (official capacity as SOMB Board Member),
AMY FITCH (official capacity as SOMB Board Member),
JEFF GEIST (official capacity as SOMB Board Member),
MISSY GURSKY (official capacity as SOMB Board Member),
PEGGY HEIL (official capacity as SOMB Board Member),
WILLIAM HILDEBRAND (official capacity as SOMB Board Member),
NANCY JOHNSON (official capacity as SOMB Board Member),
JEFF JENKS (official capacity as SOMB Board Member),
DIANNA LAWYER-BROOK (official capacity as SOMB Board Member),
TOM LEVERSEE (official capacity as SOMB Board Member),
RICHARD BEDNARSKI (official capacity as SOMB Board Member),
JOHN ODENHEIMER (official capacity as SOMB Board Member),
JESSICA MEZA (official capacity as SOMB Board Member),
ANGEL WEANT (official capacity as SOMB Board Member),
MIMI SCHEUERMANN (official capacity as SOMB Board Member), and
SOUG STEPHENS (official capacity as SOMB Board Member),

Defendants.

_____

**ORDER**
_____

The plaintiff submitted an Amended and Supplemental Complaint for Declaratory and Injunctive Relief [Doc. # 16] (the "Amended Complaint") on November 20, 2014. The Amended Complaint is not accompanied by a motion for leave to amend.

Rule 15(a), Fed. R. Civ. P., allows:

> **(1)** *Amending as a Matter of Course.* A party may amend its pleading once as a matter of course within:
>
> **(A)** 21 days after serving it, or
>
> **(B)** if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.
>
> **(2)** *Other Amendments.* In all other cases, a party may amend its pleadings only with the opposing party's written consent or the court's leave.

Here, service was made on September 24, 2014, Motion for Extension of Time [Doc. # 9] at ¶2, more than 21 days prior to the filing of the Amended Complaint, and no responsive pleading or Rule 12 motion has been filed. Consequently, Rule 15(a)(1) is not applicable, and the plaintiff may not amend as a matter of course. Instead, amendment is allowed only with the opposing parties' written consent, which is not shown, or leave of court, which has not been sought.

IT IS ORDERED that the Amended Complaint [Doc. # 16] is STRICKEN.

Dated November 21, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge