IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02610-REB-BNB

GARY PIRO,
A.P. (by his next friend Meghan Piro),
R.P. (by his next friend Meghan Piro), and
MEGHAN PIRO,

Plaintiffs,

v.

MARY ENGLE (official capacity as Gary Piro's probation officer),
MARCELO KOPCOW (official capacity as SOMB Board Member),
ERIN JOHNSON (official capacity as SOMB Board Chair),
MARY BAYDARIAN (official capacity as SOMB Board Member),
CARL BLAKE (official capacity as SOMB Board Member),
ALLISON BOYD (official capacity as SOMB Board Member),
A. MERVYN DAVIES (official capacity as SOMB Board Member),
CHERYL DAVIES (official capacity as SOMB Board Member),
JESSICA CURTIS (official capacity as SOMB Board Member),
AMY FITCH (official capacity as SOMB Board Member),
JEFF GEIST (official capacity as SOMB Board Member),
MISSY GURSKY (official capacity as SOMB Board Member),
PEGGY HEIL (official capacity as SOMB Board Member),
WILLIAM HILDEBRAND (official capacity as SOMB Board Member),
NANCY JOHNSON (official capacity as SOMB Board Member),
JEFF JENKS (official capacity as SOMB Board Member),
DIANNA LAWYER-BROOK (official capacity as SOMB Board Member),
TOM LEVERSEE (official capacity as SOMB Board Member),
RICHARD BEDNARSKI (official capacity as SOMB Board Member),
JOHN ODENHEIMER (official capacity as SOMB Board Member),
JESSICA MEZA (official capacity as SOMB Board Member),
ANGEL WEANT (official capacity as SOMB Board Member),
MIMI SCHEUERMANN (official capacity as SOMB Board Member), and
SOUG STEPHENS (official capacity as SOMB Board Member),

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Motion to Withdraw Renewed Motion for Leave to File Amended and Supplemental Complaint** [docket no. 23, filed December 15, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that pursuant to the above, the **Plaintiffs' Renewed Motion for Leave to File Amended and Supplemental Complaint** [20] is DENIED AS WITHDRAWN.


DATED:  December 15, 2014