**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02610-REB-NYW

GARY PIRO, et al,
Plaintiffs,
v.

MARY ENGLE (official capacity as Gary Piro's probation officer), et al,
Defendants.

---

**MINUTE ORDER**[1]

---

This matter is before the court on the **Plaintiffs' Unopposed Motion To Withdraw Motion for Temporary Restraining Order and Motion for Preliminary Injunction** [#22][2] filed December 14, 2014, and **Defendant Mary Engle's Rule 12(B)(1) Motion To Dismiss on *Younger* Abstention Grounds** [#29] filed January 8, 2015. After careful review of the motions and the file, the court concludes that [#22] should be granted and that [#29] should be denied as moot.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiffs' Unopposed Motion To Withdraw Motion for Temporary Restraining Order and Motion for Preliminary Injunction** [#22] filed December 14, 2014, is **GRANTED**;

2. That the plaintiffs' **Motion for Temporary Restraining Order and Prelimiary Injunction** [#4] filed September 22, 2014, is **WITHDRAWN**; and

3. That in light of the settlement of the parties, **Defendant Mary Engle's Rule 12(B)(1) Motion To Dismiss on *Younger* Abstention Grounds** [#29] filed January 8, 2015, is **DENIED AS MOOT**.

Dated: February 19, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#22]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.