**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02610-REB-NYW

GARY PIRO, A.P. (by his next friend Meghan Piro),
R.P. (by his next friend Meghan Piro), and
MEGHAN PIRO,

    Plaintiffs,

v.

MARY ENGLE (official capacity as Gary Piro's probation officer),
MARCELO KOPCOW (official capacity as SOMB Board Member),
ERIN JEMISON (official capacity as the SOMB Board Chair),
MARY BAYDARIAN (official capacity as SOMB Board Member),
CARL BLAKE (official capacity as SOMB Board Member),
ALLISON BOYD (official capacity as SOMB Board Member),
A. MERVYN DAVIES (official capacity as SOMB Board Member),
CHERYL DAVIES (official capacity as SOMB Board Member),
JESSICA CURTIS (official capacity as SOMB Board Member),
AMY FITCH (official capacity as SOMB Board Member),
JEFF GEIST (official capacity as SOMB Board Member),
MISSY GURSKY (official capacity as SOMB Board Member),
PEGGY HEIL (official capacity as SOMB Board Member),
WILLIAM HILDEBRAND (in his official capacity as SOMB Board Member),
NANCY JOHNSON (official capacity as SOMB Board Member),
JEFF JENKS (official capacity as SOMB Board Member),
DIANNA LWYER-BROOK (official capacity as SOMB Board Member),
TOM LEVERSEE (official capacity as SOMB Board Member),
RICHARD BEDNARSKI (official capacity as SOMB Board Member),
JOHN ODENHEIMER (in his official capacity as SOMB Board Member),
JESSICA MEZA (official capacity as SOMB Board Member),
ANGEL WEANT (official capacity as SOMB Board Member),
MIMI SCHEUERMANN (official capacity as SOMB Board Member),
DOUG STEPHENS (official capacity as SOMB Board Member),

    Defendants.

**ORDER DISMISSING PARTIES**

**Blackburn, J.**

The matter is before me on the **Plaintiffs' Notice of Dismissal of SOMB Defendants** [38][1] filed February 19, 2015. After careful review of the notice and the file, I conclude that the notice should be approved and that the plaintiffs' claims against the SOMB defendants should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiffs' Notice of Dismissal of SOMB Defendants** [#38] filed February 19, 2015, is **APPROVED**;

2. That plaintiffs' claims against the SOMB defendants:

- MARCELO KOPCOW (official capacity as SOMB Board Member),
- ERIN JEMISON (official capacity as the SOMB Board Chair),
- MARY BAYDARIAN (official capacity as SOMB Board Member),
- CARL BLAKE (official capacity as SOMB Board Member),
- ALLISON BOYD (official capacity as SOMB Board Member),
- A. MERVYN DAVIES (official capacity as SOMB Board Member),
- CHERYL DAVIES (official capacity as SOMB Board Member),
- JESSICA CURTIS (official capacity as SOMB Board Member),
- AMY FITCH (official capacity as SOMB Board Member),
- JEFF GEIST (official capacity as SOMB Board Member),
- MISSY GURSKY (official capacity as SOMB Board Member),
- PEGGY HEIL (official capacity as SOMB Board Member),
- WILLIAM HILDEBRAND (in his official capacity as SOMB Board Member),
- NANCY JOHNSON (official capacity as SOMB Board Member),
- JEFF JENKS (official capacity as SOMB Board Member),
- DIANNA LWYER-BROOK (official capacity as SOMB Board Member),
- TOM LEVERSEE (official capacity as SOMB Board Member),
- RICHARD BEDNARSKI (official capacity as SOMB Board Member),
- JOHN ODENHEIMER (in his official capacity as SOMB Board Member),
- JESSICA MEZA (official capacity as SOMB Board Member),
- ANGEL WEANT (official capacity as SOMB Board Member),
- MIMI SCHEUERMANN (official capacity as SOMB Board Member),
- DOUG STEPHENS (official capacity as SOMB Board Member),

are **DISMISSED WITH PREJUDICE**, with the parties to bear their attorney fees and

---

[1] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

costs; and

    3.  That the SOMB defendants are **DROPPED** as parties to this action, and the caption shall be amended accordingly.

    Dated February 20, 2015, at Denver, Colorado.

                                    **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge