**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 14-cv-02610-REB-NYW

GARY PIRO, A.P. (by his next friend Meghan Piro),
R.P. (by his next friend Meghan Piro), and
MEGHAN PIRO,

    Plaintiffs,

v.

MARY ENGLE (official capacity as Gary Piro's probation officer),

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulated Dismissal with Prejudice** [#39][1] filed February 19, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Dismissal with Prejudice** [#39] filed February 19, 2015, is **APPROVED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated February 24, 2015, at Denver, Colorado.

                                     **BY THE COURT:**

                                     Robert E. Blackburn
                                     United States District Judge

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.